UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                        :        CASE NO 05-18836
                                                       CHAPTER 13
DAVID L. KING
                                              :        JUDGE BURTON PERLMAN
        DEBTOR
                                              :        NOTICE OF TRANSMITTAL OF
                                                       UNCLAIMED FUNDS

     Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347 (a) and Federal Rule of Bankruptcy Procedure 3011.

     The Trustee has made numerous attempts to contact the creditor.  Certification of Final Payment
has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 917857    | $3.42  |

Creditor(s)
Capital One Auto Finance
P.O. Box 201347
Arlington, Texas 76006


Respectfully submitted,


/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Karolina F. Perr, Esq.
       Staff Attorney
       Attorney No. OH 0066193

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       kperr@cinn13.org
       cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 17, 2011.

/s/   Margaret A. Burks, Esq.

Margaret A. Burks, Esq.

Capital One Auto Finance
P.O. Box 201347
Arlington, Texas 76006

Debtor(s) Counsel
HENRY D. ACCIANI, ESQ.
2200 KROGER BUILDING
1014 VINE STREET
CINCINNATI, OH  45202

Debtor(s)
DAVID L. KING
617 TODHUNTER ROAD
MONROE, OH  45050

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Capital One Auto Finance
P.O. Box 260848
Plano, Texas 75026-0848

Registry_Deposit_for_Creditor